UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :

MARIO LEON, et al.,

                          Plaintiffs,

                                21-CV-8014 (VSB)

              -against-

                                **ORDER**

AYG FRAMING CONSTRUCTION LLC
and ADRIANO E. MOREIRA,

                        Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 19.) Plaintiffs are directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

      SO ORDERED.

Dated: December 28, 2021
          New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge