UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
MARIO LEON, et al.,                                       :
:
                 Plaintiff,           :
:     21-cv-8014 (VSB)
       -against-                                     :
:     **ORDER**
AYG FRAMING CONSTRUCTION, et al.,     :
:
                Defendants.        :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's motion for default judgment and supporting materials. (Docs. 29–37.) Plaintiff failed to file an Order to Show Cause. It is hereby:

      ORDERED that, pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases, Plaintiff is directed to file an Order to Show Cause on or before March 15, 2022. Failure to do so will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge