UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIO LEON, RIGOBERTO NAULA,
ROBINSON STALIN ULGO,
SEGUNDO RICARDO HULGO,
SEGUNDO MANUEL ULGO,
SEGUNDO SANTIAGO CALAPIÑA,
AND JHEFERSON GUAMAN,

                              Plaintiffs,

      - against -

AYG FRAMING CONSTRUCTION LLC, and
ADRIANO E MOREIRA, individually,

                              Defendants.
-------------------------------------------------------------------X

**DEFAULT JUDGMENT**

Case No. 1:21-cv-08014 (VSB)

       This action having been commenced on Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, AYG Framing Construction LLC ("AYG Framing Construction") and Adriano E Moreira ("Defendant Moreira")

       A copy of the Summons issued by the Clerk of Court to Defendant AYG Framing Construction, (Doc. 11), and a copy of the Complaint were served on Defendant AYG Framing Construction. A Proof of Service reflecting service upon the AYG Framing Construction was filed with the Court on October 7, 2021. (*Id.*)

       A copy of the Summons issued by the Clerk of Court to Defendant Moreira, (Doc. 21), and a copy of the Complaint were served on Defendant Moreira. The Affidavit of Service reflecting service upon the Defendant Moreira was filed with the Court on January 26, 2022. (*Id.*)

Defendants AYG Framing Construction and Moreira have failed to appear or respond to the Complaint by filing an answer or motion.

A Clerk's Certificate of Default was entered by the Clerk of Court for each of the Defendants, and noting each Defendant's default. (Docs. 19, 24.) The time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendants as to liability. The issue of damages has been referred for an inquest to Magistrate Judge Stewart D. Aaron.

Dated:  March 24, 2022
        New York, New York

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE