The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/18/2022
```

April 18, 2022

**Via ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    21-cv-8014 (VSB) (SDA)

Request GRANTED. SO ORDERED.
Dated: April 18, 2022

*/s/ Stewart D. Aaron*

Dear Judge Aaron:

    This office represents Plaintiffs in the above captioned matter. I am requesting a two-week extension to provide Plaintiffs' proposed findings of fact and Conclusions of Law. They were due on April 15, 2022 and I apologize for the timing of the request which obviously does not comply with the Court's individual rules. The basis for the request is workload. One of my employees resigned and I am behind. I apologize very much. If Plaintiffs' request is granted the papers would be due on April 29, 2022. I appreciate the Court's consideration to my delated request very much.

                                                                                          Respectfully,

                                                                                          */s Jacob Aronauer*
                                                                                          Jacob Aronauer