The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/28/2022
```

April 28, 2022

**Via ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: April 28, 2022

*/s/ Stewart D. Aaron*

Re:   21-cv-8014 (VSB) (SDA)

Dear Judge Aaron:

    This office represents Plaintiffs in the above captioned matter. I am requesting a one-week extension to provide Plaintiffs' proposed findings of fact and Conclusions of Law. They are due on April 29, 2022 and I apologize for the timing of the request which obviously does not comply with the Court's individual rules. The basis for the request is workload and I am recovering from an illness. This is the second request for an extension. If Plaintiffs' request is granted, the papers would be due on May 6, 2022. I appreciate the Court's consideration to my belated request.

Respectfully,<br><br>
<i>/s Jacob Aronauer</i><br>
Jacob Aronauer