```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario Leon et al.,

                         Plaintiffs,

        -against-

AYG Framing Construction LLC et al.,

                         Defendants.

1:21-cv-08014 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

No later than May 31, 2022, Defendants shall file any response to Plaintiff's motion for default judgment at ECF No. 29.

No later than May 11, 2022, Plaintiffs shall serve by mail to Defendants a copy of this Order as well as Plaintiffs' filings at ECF Nos. 49 through 58. No later than May 13, 2022, Plaintiffs shall file proof of service to the ECF docket.

**SO ORDERED.**

Dated:      New York, New York
              May 4, 2022

_____
STEWART D. AARON
United States Magistrate Judge