```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

Mario Leon et al.,

                                      Plaintiffs,

-against-

AYG Framing Construction LLC et al.,

                                      Defendants.

1:21-cv-08014 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Court's Order dated June 6, 2022 (ECF No. 63), the extended deadline for Plaintiffs to file a revised calculation of damages and native Excel versions of Plaintiffs' damages summary charts with any revisions was June 21, 2022. Plaintiffs failed to file their submissions by the deadline.

No later than June 27, 2022, Plaintiffs shall file its revised calculation of damages and native Excel versions of Plaintiffs' damages summary charts with any revisions.

**SO ORDERED.**

Dated:     New York, New York
               June 24, 2022

                                                                  _____
                                                                  STEWART D. AARON
                                                                  United States Magistrate Judge