The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   07/18/2022
```

July 18, 2022

**Via ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: July 18, 2022

*[signature]*

Re:   21-cv-8014 (VSB) (SDA)

Dear Judge Aaron:

    This office represents Plaintiffs in the above captioned matter. I am requesting to have until July 25, 2022 to respond to the Court's order. It was supposed to be filed on July 14, 2022.

    I apologize for failing to meet the Court's deadlines. While there is no excuse, I am preparing for trial and, in addition, trying to ascertain the total amount of employees at Defendants per the Court's order.

Respectfully,<br><br>
/s Jacob Aronauer<br>
Jacob Aronauer