UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario Leon et al.,

                          Plaintiffs,

       -against-

AYG Framing Construction LLC et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/26/2022

1:21-cv-08014 (VSB) (SDA)

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    Plaintiffs are directed to appear for a telephone conference on Thursday, August 18, 2022, at 11:00 a.m. to discuss Plaintiffs' damages calculations at ECF No. 69-1. At the scheduled time, Plaintiffs shall call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:      New York, New York
             July 26, 2022

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge