The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2022

August 25, 2022

**Via ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: August 25, 2022

/s/ Stewart D. Aaron

Re:   21-cv-8014 (VSB) (SDA)

Dear Judge Aaron:

    This office represents Plaintiffs in the above captioned matter. I request to have until Wednesday August 31, 2022 to provide the Court with proof of service of the Court's order (dkt 73). Yesterday we mailed the decision via Federal Express to Defendants but have obviously not yet received proof of service. I am confident that we will receive proof of service by August 31st. This is the first request for an extension.

    Respectfully,

    /s Jacob Aronauer
    Jacob Aronauer