**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIO LEON, et al.,

                       Plaintiffs,

     -against-                                  21 **CIVIL** 8014 (VSB)(SDA)

                                                           **<u>JUDGMENT</u>**

AYG FRAMING CONSTRUCTION LLC, et al.,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 13, 2022, the Report and Recommendation is ADOPTED in its entirety. Judgment is entered in favor of each Plaintiff Mario Leon, Rigoberto Naula, Robinson Stalin Ulgo, Segundo Ricardo Hulgo, Segundo Santiago Calapia, Jheferson Guaman, and Segundo Manuel Ulgo against Defendants AYG Framing Construction LLC and Adriano E. Moreira, jointly and severally, in the amount of $16,870.00 (consisting of $3,435.00 in unpaid earned wages and overtime wages; $3,435.00 in liquidated damages; and $10,000.00 for wage notice and statement violations), for a total sum of $118,090.00, and Plaintiffs are awarded $8,606.40 in attorneys' fees and costs; accordingly, the case is closed.

**Dated:** New York, New York

      September 14, 2022

                                                                         **RUBY J. KRAJICK**

                                                                _____
                                                                     **Clerk of Court**

                                            **BY:**    *K. Mango*

                                                                    _____
                                                                     **Deputy Clerk**